**ORIGINAL**

SUSAN HEANEY HILDEN, ESQ., Bar No. 5358
LITTLER MENDELSON
350 South Center Street, Suite 530
Reno, NV 89501
Telephone: 775-348-4888
Facsimile: 775-786-0127

Attorneys for Defendant

KENNETH J. McKENNA, ESQ., Bar No. 1676
544 West First Street
Reno, Nevada 89503
Telephone: (775) 329-6373

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BECKY GRUBBS,<br><br>Plaintiff,<br><br>vs.<br><br>HARRAH'S ENTERTAINMENT INC.<br><br>Defendant. | Case No. CV-N-04-0428-ECR (VPC)<br><br>**STIPULATION TO DISMISS WITH PREJUDICE; ORDER** |

IT IS HEREBY STIPULATED between Plaintiff BECKY GRUBBS and Defendant HARRAH'S ENTERTAINMENT INC. ("**Defendant**"), that this case and each and every cause of action be dismissed in its entirety against **Defendant**, with prejudice, pursuant to Federal Rule of Civil Procedure 41, each party to bear its own costs and attorneys' fees.

**SO STIPULATED:**

Dated: March 21, 2005

LITTLER MENDELSON

By_____
SUSAN HEANEY HILDEN, ESQ.
Attorneys for Defendant

| | | |
|---|---|---|
| 1 | Dated: March 21, 2005 | LAW OFFICE OF KENNETH J. MCKENNA |

By: _____
KENNETH J. MCKENNA, ESQ.
Attorney for Plaintiff

IT IS SO ORDERED this **23** day of **March, 2005.**

_Edward C. Reed_

UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT

LITTLER MENDELSON
350 South Center Street
Suite 530
Reno, NV 89501
775.348.4888